UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

THEODORE A. HASSON,

    Plaintiff,

v.                                                        CASE NO: 8:06-cv-523-T-23TBM

WESTERN RESERVE LIFE
ASSURANCE CO., et al.,

    Defendants,
_____/

## **ORDER**

      Pursuant to 28 U.S.C. § 636 and Local Rule 6.01(b), this matter was referred to the United States Magistrate Judge for a report and recommendation. Following the Magistrate Judge's August 25, 2006, report and recommendation (Doc. 16), no party objects to the report and the time for filing objections has expired. Accordingly, the Magistrate Judge's report and recommendation (Doc. 16) is **ADOPTED**.

      The plaintiff's amended motion (Doc. 14) to confirm arbitration and for attorney fees is **GRANTED IN PART** and **DENIED IN PART**. The plaintiff's request for confirmation of the arbitrator's award is **GRANTED**. The clerk is directed to enter judgment in favor of the plaintiff and against Western Reserve Life Assurance Company in the amount of $68,000.00, plus interest accrued from the date of award. The clerk is further directed to enter judgment in favor of the plaintiff and against Intersecurities, Inc., in the amount of $100,000.00, plus interest accrued form the date of award. The plaintiff's request for attorney fees is **DENIED**. The plaintiff's earlier motion (Doc. 1) to

- 2 -

confirm arbitration and for attorney fees is **DENIED AS MOOT**.  The clerk is directed to terminate any pending motion and close the case.

ORDERED in Tampa, Florida, on September 19, 2006.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE