**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**Theodore A. Hasson ,**

            **Plaintiff,**

**-vs-**                                                                                   Case No.  8:06-cv-523-T-23TBM

**Western Reserve Life Assurance Co., et al,**

            **Defendant.**
_____/

## JUDGMENT IN A CIVIL CASE

**Decision by Court.**   This action came before the Court.  The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**

Judgment is entered in favor of the Plaintiff, Theodore A. Hansson and against Defendant, Western Reserve Life Assurance Company in the amount of $68,000.00, plus interest accrued from the date of award.


Date:   September 20, 2006

                                    SHERYL L. LOESCH, CLERK


                                      By:__*s/ C. Ayers*_____
                                          C. Ayers, Deputy Clerk


Copies furnished to:

Counsel of Record
Unrepresented Parties